No. 8413.   STATE ex. Rel. JOHN H. CORCORAN, Relator, *v.* STATE BOARD OF EQUALIZATION, Respondent.

Decided January 22, 1943.

PER CURIAM.—The writ prayed for herein is denied.

*Mr. E. J. McCabe,* for Relator.